IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 94-cv-02445-LTB

MONTGOMERY CARL AKERS,

    Plaintiff,

v.

SHARON SANDOVAL, et al,

    Defendants.

## ORDER

Plaintiff Montgomery Carl Akers has filed a Motion (Doc 77) by which he seeks an Order "that the complaint filed in this case be transmitted to the United States District Court, for the District of Nevada, for review of the same in support of the Plaintiff's position that he was not in custody at the time this civil action was brought and that his address of record was: 13505 W. 7th Dr., Golden, Colorado 80401." Mr. Akers seeks consideration of the complaint in this action by the Court in Case No. 07-cv-572-JCM-GWF. It is appropriate to forward a copy of this complaint to Mr. Akers who may then himself submit it to the Court in the District of Nevada in his action pending in that Court. Accordingly

IT IS ORDERED that the complaint in the above-captioned matter shall be forwarded to the Plaintiff Montgomery Carl Akers, #02866-081, P.O. Box 1000, Marion, IL 62959, a copy of which is appended to this Order.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: April 17, 2012